# In the United States Court of Federal Claims

No. 22-1568, 22-1569
(consolidated)
Filed: April 13, 2023

_____

CHETCO RESOURCES, LLC, *et al.*,    )
                                    )
                    Plaintiffs,     )
                                    )
v.                                  )
                                    )
THE UNITED STATES,                  )
                                    )
                    Defendant.      )
_____)

## SCHEDULING ORDER

On April 10, 2023, the parties filed a joint preliminary status report requesting the Court establish a schedule for this case. *See generally* Joint Preliminary Status Report, ECF No. 13. Consistent with the parties' proposal, the Court adopts the following schedule:

1.  On or before May 1, 2023, the parties shall exchange initial disclosures;

2.  On June 26, 2024, fact discovery shall close;

3.  On or before October 3, 2024, plaintiffs shall disclose expert reports pursuant to Rule 26(a)(2) of the Rules of the Court of Federal Claims ("RCFC");

4.  On or before December 6, 2024, defendant shall disclose its expert reports pursuant to RCFC 26(a)(2);

5.  On or before January 10, 2025, plaintiffs shall disclose their rebuttal expert reports, if any, pursuant to RCFC 26(a)(2);

6.  On or before February 28, 2025, the parties shall complete expert depositions; and

7.  On or before April 2, 2025, the parties shall submit a Joint Status Report regarding further proceedings.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge