# EXHIBIT 1

2017 Chetco Bar Fire Timeline

## 2017 CHETCO BAR FIRE

**Quick Facts:**
Detected and Reported date: July 12, 2017
Cause: Lightning
Acreage as of Sept. 10, 2017: 182,284 acres
Containment as of Sept. 10, 2017: 5 percent contained
Resources assigned as of Sept. 5, 2017: 1,421 personnel
Interactive Progression Map:
https://usfs.maps.arcgis.com/apps/TimeAware/index.html?appid=9e8ec04918734c6a96b88ec7226d4265

**Chetco Bar Fire Timeline of Events:**

**Day 1**

July 12, 2017:  At 2:43 p.m., a commercial aircraft reported seeing a fire burning in the Kalmiopsis Wilderness on the Rogue River-Siskiyou National Forest. Rogue Valley Interagency Communications Center (RVICC) contacted Forest Service (FS) Captain 632, which requested air attack (small plane that can perform a variety of missions including reconnaissance and coordinating other air resources) within five minutes of the original call. Around the same time, a hiker recreating at Babyfoot Lake reported the fire to the Oregon Department of Forestry (ODF) office in Grants Pass.

At 3:37 p.m., Air Attack gave an initial size up of the fire to be one-half acre with low to moderate spread potential in timber and brush. The fire was burning mid-slope along the Chetco River. Air Attack recommended inserting rappellers and also recommended a Single Engine Air Tanker (SEAT) and a helicopter to provide bucket support. RVICC dispatched a crew of four heli-rappellers (firefighters who use ropes to drop from the helicopter to the ground-without the need to land) to respond to the less than one-acre fire, which was burning within the footprint of the 1987 Silver Fire and the 2002 Biscuit Fire. At 3:43 p.m., RVICC contacted the Captain 632 to remind of the need for approval for chainsaw use in the wilderness and the source of water to use (in order to keep aquatic invasive species out of sensitive creeks and rivers). Captain 632 also relayed the fire size up information to the District Ranger. Approval for chainsaw use and the source of water for aerial delivery was given at 4:07 p.m.

Due to visible rollout of burning material below the fire and the uncertainty of the fire's actual position, the Incident Commander (IC), who was the most senior heli-rappeller on the response, recommended that the crew rappel on the ridge to the east of the fire rather than below the fire. The IC reported being on the ground in the fire area at 4:14 p.m. A medium (type 2) helicopter from Grants Pass ODF responded at 4:22 p.m. to provide water bucket drops to check the fire spread. The forest rappel helicopter returned to Merlin to refuel and attach a bucket to also provide water bucket support. At 4:36 p.m. RVICC advised the IC that no SEATs were available, so the IC ordered a third helicopter for bucket drops, which was filled with a helicopter from Medford ODF. **Between the 3 helicopters, 54 buckets totaling 17,280 gallons of water was dropped on the fire.**

Meanwhile, the IC requested permission to construct a helispot (an area flat and cleared enough for the helicopter to land) at a location east of the fire. RVICC confirmed permission from the District Ranger and Deputy Forest Supervisor at 5:09 p.m. for the rappel crew to use chainsaws to clear a large enough area for a helicopter to land. At that time, the IC provided a size-up of the fire to be one-half to three-quarters acres in steep terrain with burning materials rolling out from the bottom of the fire, which was creeping and smoldering in thick brush. The two most experienced fallers (IC and trainee IC) took turns

1

US_CHETCO_0056793

2017 Chetco Bar Fire Timeline

cutting trees for the helispot and coordinating radio traffic with Air Attack and RVICC, while another sawyer cut brush. The other veteran firefighter scouted the fire and directed helicopter bucket drops. The IC and trainee IC ordered two 20-person hand crews and logistical support for the fire, now called the Chetco Bar Fire. RVICC confirmed two type 2 hand crews would be reporting to the helibase for shuttle at 8 a.m. on July 13.

Because of the steep, difficult terrain, tall, volatile brush and hazardous trees in the fire area, the IC also requested the closest location of an available short-haul helicopter in case of an injury. The two closest resources were a Coast Guard helicopter at Astoria and the Jackson County Search & Rescue hoist-capable helicopter located in Medford.

Helicopter aviation resources remained on the fire until 9:14 p.m. Air Attack reported the fire was holding at three-quarters of an acre, burning in heavy fuels. The rappellers continued work constructing the helispot until 10:30 p.m., and reported to RVICC that they were setting up a spike camp in the area and were bedding down for the night.

### Day 2

**July 13:** At 5:30 a.m., the IC called in service, stating that three firefighters would work to finish the helispot construction while the trainee IC went directly to the fire and mapped the perimeter. **It was approximately 1/3 mile from the helispot to the top of the fire and it took ½ hour for the trainee IC to hike in. The fire, located on a 35-60% slope with a heavy component of dead and down trees, was extremely difficult to navigate-even for an extremely fit firefighter.**

The fire had grown to more than 10 acres overnight and was established on the north side of the spur ridge. The trainee IC ordered four more rappellers, saw fuel and medical gear. The IC reported at 8 a.m. to RVICC that the fire had pockets of high heat with dead and down material and heavy brush. He also requested an additional type 1 (heavy) or type 2 (medium) helicopter to support with bucket work. The additional four rappellers arrived about 9 a.m. and received a briefing from the IC trainee. The pilot reported the helispot needed more work and was not yet able to support the crew shuttle.

The IC hiked down to the fire and began putting in cup trenches to catch rollout from the upper part of the fire, which was burning in very steep terrain. The IC abandoned that effort after realizing the cup trenches were ineffective. While continuing around to the southern flank of the fire, the IC directed continued bucket drops on flare ups to keep the fire in check.

At 11:44 a.m., Air Attack contacted RVICC requesting approval to order two SEATs with retardant, recommending the additional hand crews not engage before the fire spread was slowed by retardant. The Forest Supervisor approved colorless non-fugitive retardant and requested that all aircraft know the retardant avoidance areas and track where each load of retardant was placed. At the time, there was no clear gel retardant available in the region, so the request took about an hour to fill, at which time the Forest Supervisor approved fugitive gel, a kind of retardant that dissipates in 30 days without leaving the red stain of the standard retardant. At 1 p.m., RVICC received word from Lakeview dispatch that one SEAT with enough fugitive retardant for two drops was enroute. **The SEAT dropped a total of 1,375 gallons. Note: In heavy tree canopy, SEATS are much more effective when working in tandem. Each SEAT drops approximately 700 gallons, which is generally not enough volume to effectively penetrate the canopy and make a "line" from which firefighters can work effectively.** The tanker pilot and Air Attack were provided the retardant avoidance map to ensure the drops were not in streams or sensitive sites.

2

US_CHETCO_0056794

2017 Chetco Bar Fire Timeline

By early afternoon, fire intensity increased significantly. The IC and trainee met near the head of the fire to discuss options. The fire on the south aspect intensified enough that the IC and trainee were concerned that their route back up the hill to the helispot may be cut off. He directed bucket drops from the Type 2 helicopter (an Oregon Department of Forestry (ODF) helicopter) to cool the area. With just eight firefighters on scene and the increased fire behavior, the IC was concerned that with fire on both the north and south sides of the drainage, the fire could make a direct run towards the helispot. The fire behavior, rugged terrain, limited resources and no escape routes added up to an unacceptable risk of entrapment, and the IC made the decision at 3:05 p.m. to elevate the fire to a Type 3 IC. The rappel helicopter returned to retrieve the first load of firefighters off the hill at 3:47 p.m.



Meanwhile, the Type 2 ODF helicopter continued working on the fire and RVICC ordered a Type 1 helicopter for noon the following day. **The rappel helicopter returned to Merlin to attach a bucket and assist the Type 2 helicopter performing water bucket drops. Between the two helicopters, they dropped 58 buckets totaling 18,200 gallons of water.** At 4:38 p.m., all resources were off the fire, and at 5:35 p.m. the remaining helicopters were released back to their home units. The rappel helicopter returned at 6:18 p.m. with the Type 3 IC to do a reconnaissance flight. The type 3 IC assumed command of the Chetco Bar Fire at 6:57 p.m.

*Photo shows fire during ICT3 reconnaissance flight July 13*

## Day 3

**July 14:** The Southwest Oregon Type 3 Incident Management Team assembled in Gold Beach, Ore., to formulate a plan for the 10-acre Chetco Bar Fire. The team spent the first day initiating Management Action Points and proposing containment and contingency lines.

The cause of the fire had not been determined yet, but fire managers suspected it was a holdover fire from lightning storms on June 24 and 25. No evidence suggested a human-caused start as it was in the middle of the Kalmiopsis Wilderness in an inaccessible location. The fire behavior at that time was low-to-moderate, with the fire spreading both uphill in steep terrain and with rollout spreading fire below. The fuel type was mixed forest with brush component with heavy dead and down (fallen trees and logs) from trees killed in the Biscuit Fire. Anticipated weather changes would likely add to the potential for the fire to make uphill runs, making it difficult for fire resources to safely engage in fire suppression.

Forest management requested a long-term assessment to evaluate the threat to values at risk and potential over the following three weeks. The Type 3 Incident Management Team (IMT) was augmented with a fire behavior analyst, long-term analyst and resource advisors. The team's direction was to use indirect strategies, unless the safety issue identified earlier could be mitigated if they wanted to engage directly. **A decision was also made to utilize aircraft for reconnaissance missions and other support but not for suppression purposes at this time. The reason being: with no firefighters on the ground to work in tandem with air support-which is necessary to completely extinguish the fire, particularly in heavy fuels-the exposure and risk to aviation resources was too great.**

3

US_CHETCO_0056795

2017 Chetco Bar Fire Timeline

**July 15-20:** Over this period, the IMT cleared helispots in order to land and install remote automated weather stations (RAWS) to obtain accurate weather data from near the fire site. Fire crews constructed primary fire line from Pearsoll Peak to the Helispot 2 (H2), which was on unnamed ridge to the north near Heather Mountain, and primary line from Gold Basin to H2. Crews explored access points from the outer edge of the Kalmiopsis Wilderness to locate ridgelines closer to the fire's perimeter within the wilderness that would allow safe access for the firefighters to take action.

**At this time, an indirect tactical option discussed by the Agency Administrator/District Ranger and the Incident Commander was to potentially fire off (burnout) along two "lines": the Chetco River to the south, and a trail system that follows the ridgeline above the river. Burning out is a tactic sometimes used to create a "black line" that serves to stop or mitigate fire spread.**

**The District Ranger described the following sideboards for any firing options considered: 1) mitigate high risk hazards to ground personnel, 2) determine the likelihood of success of any contemplated suppression actions and 3) ask ourselves if things don't go as planned, would we be better or worse off with more fire on the landscape?**

**It was decided the firing option was not a good risk, although a long term assessment had recommended such an action. During the discussion, the option to burn–out the Tin Cup Ridge down to the junction with Tin Cup Creek and the Chetco River was considered.**

**The rationale was that it would be a way to bracket the fire and stop westward spread. However, this would apply only if a number of conditions could be met. The long term analyst described that if the burnout operation did not go as planned and was not controlled at that point, then the likelihood of long term growth was much greater. During the discussion the following factors were considered:**

- **Were there escape routes and safety zones for the people completing the burnout and holding it?** As you started down the nose of the ridge there were no escape routes or safety zones, the likelihood of success with aerial ignition without people on the ground to hold was deemed very low.
- **What was the risk of spotting?** The risk of spotting was moderate but fuels across the river were heavy with no escape routes and safety zones. The analyst pointed out, using wind charts and Fs pro runs, that having fire established across the river at that junction was very undesirable.
- **Was the brush becoming more receptive to fire?** There were indications that the brush was beginning to burn on south facing exposed slopes.
- **Were there Type 1 crews available?** It was determined that it would be difficult to get Type 1 crews and commit them into the Wilderness.
- **Could we get crews into the fire and support them?** The logistics would have been very difficult with a lot of aircraft time and risk.

**The final question being: Was the risk worth the reward? After considering the above factors, we were not convinced that adding that much more fire onto the landscape (via a burnout operation) was desirable. The amount of fire on the landscape created by the burnout would have easily quadrupled the size of the fire, and we were not comfortable with accepting that amount of risk.**

4

US_CHETCO_0056796

2017 Chetco Bar Fire Timeline

**Several other firing locations were also considered, but firefighter safety continued to be of primary concern due to the lack of safety zones in steep, rugged and inaccessible terrain. In addition to limiting firefighter exposure, it was decided to further limit aviation exposure by using remote cameras and drones for reconnaissance purposes versus helicopters.**

During this period, the IMT determined that addressing the southwest portion of the indirect containment strategy was necessary. Crews were tasked with opening road systems and chipping brush with the objective of constructing contingency lines from Tolman Ranch to Quail Prairie out the 1917 road system to Red Mountain Prairie.

Again, several strategies were initiated, however, due to the steep rugged and inaccessibility of the Kalmiopsis Wilderness options were limited due to safety concerns. The IMT had discussions of a prolonged fire due to limitations of more indirect action. Cooperators were notified and reconnaissance of the fire was offered to Coos Forest Protective Association and Oregon Department of Forestry to share information and gain a common operating picture. CFPA accepted a recon flight and validated concerns.

The fire grew to about 500 acres, still well within the Wilderness. While the fire was still within National Forest System lands, the Agency Administrator and IC made several contacts with cooperators to communicate early with Coos Forest Protection Association, Oregon Department of Forestry, VFD chiefs, County Commissioners, Sheriff, Mayors, city managers, and South Coast Lumber.   The intent was to brief them about the fire situation, and to get their ideas and gain understanding and support.

The fire behavior remained low-to-moderate. The first forest area closure was implemented on July 20.

**July 21-25:** The IMT installed a remote camera on Pearsoll Peak to help monitor the fire's movement and activity. The team requested GIS support to map all of the Kalmiopsis Wilderness plus surrounding areas including any road and trail layers to help determine contingency and alternate fire lines. Operations identified and began clearing contingency lines, primarily using existing roads and trails, and improving lines used in the 2002 Biscuit Fire. Infrared flights occurred almost nightly. While operations had a plan that required two Interagency Hotshot Crews, no crews were available on July 23 when the order was placed.

Firefighters took indirect action, a safe distance from the fire, but still faced challenges with snags, steep slopes and varying weather patterns. By July 24, 80 firefighters were constructing and improving containment lines. Two IHC Crews were obtained and analyzed options to install possible containment lines closer to the fire. Two potential options were scouted but due to safety concerns this action was not implemented. The crews instead were utilized for contingency line work with the other resources in order to expedite the work.

Over this timeframe, the fire had an east wind event that increased the fire behavior to about 100 acres a day in growth, but the Chetco River was checking spread to the south and west.

**July 26-28:** The Type 3 IMT worked with the local Agency Administrator, and Forest leadership to order a National Incident Management Organization (NIMO) to develop a strategic plan of the fire.

**July 29:** The NIMO team assumed command of the fire at 6 a.m. The Chetco Bar Fire was 2,181 acres with 131 personnel assigned. The team ordered a Strategic Operational Planner (SOPL) and a Long-term Analyst (LTAN) to update the long-term assessment and build a long-term implementation plan.

5

US_CHETCO_0056797

2017 Chetco Bar Fire Timeline

**July 31:** The team held initial discussions with Curry County Sheriff to identify evacuation protocols in the event they were needed. The fire was 2,877 acres.

**Aug. 4:** The team presented a long-term strategy for management of the fire to the Regional Forester and Regional Fire Director. The fire was 4,228 acres.

**Aug. 7:** The operations chief and liaison officer met with Coos Forest Protective Association (CFPA) and South Coast Lumber to discuss potential contingency line construction on their lands. The fire had grown 4,533 acres.

**Aug. 8:** The team decided to abandon initial efforts to construct line along the 1102 trail because of high risk and unnecessary exposure to firefighters with a low probability of successful burnout operations and low probability that the line would hold. They also ordered equipment to construct contingency line. The team also made the decision to begin construction of a line north of Chetco River from Tolman Ranch to Mineral Hill using dozer lines from the Collier Butte and Biscuit fires. Additional forest closures were implemented the following day. The fire was 4,821 acres.

**Aug. 10:** Crews completed contingency line along the 1917 and 1909 roads from Vulcan Peak Trailhead to 125 spur of the 1917 road.

**Aug. 12:** The liaison officer with the team met with Wilderness Retreat Homeowners Association President and learned the Retreat had 46 lots and 13 fulltime residents.

**August 14: Stage 2 Public Use Restrictions are in effect in all Wildernesses except the Siskiyou Wilderness through October 31, 2017.**

**Aug. 15:** Firefighters completed mechanical line on the south side of the Chetco River between the 1917 road and the Chetco River Wild and Scenic River corridor boundary. Team members met with private timber property owners about potential contingency lines across their property. The fire was 5,442 acres, and Chetco Effect winds surfaced for the first time on the fire at 7 p.m.

**Aug. 16:** Team members met with the owner of Tolman Ranch to discuss line construction and a helispot on his property. The IC met with Curry County Sheriff to update him on the fire status and review the evacuation protocols. **Dozers, masticators and hand crews are removing understory fuels, snags and vegetation along roadways and natural barriers.** Chetco Effect winds returned with greater intensity that evening than the night before, and the fire became established south of the Chetco River in the vicinity of Lately Prairie and Boulder Creek. The fire was mapped at 6,500 acres.

**Aug. 17: The fire moved approximately two miles to the southwest of the Chetco River. More resources, including engines, have arrived on scene, and more are enroute or expected in the coming days.** Air tankers were ordered, to include two large (LATs) and one very large (VLAT or DC10) air tanker. **Combined, the three air tankers dropped 30,823 gallons of retardant in and adjacent to the Wilderness to slow the spread of the fire. Around 3:00 p.m., Air Attack and the air tankers were diverted to a fire along I-5 that was immediately threatening houses. Contractors assisted with construction of dozer line and contingency lines from Mineral Hill south to Tolman Ranch following the Collier Butte fireline.**

The team requested resources from both the High Cascades Complex and the Shan Creek Fire. The forest law enforcement officer closed the rental cabin, asking renters to leave Packer's Cabin, and crews completed structure preparation of Packer's Cabin. Hand line construction was completed on the south side of the Chetco River through Wild and Scenic Corridor to the Chetco River, as well as primary

6

US_CHETCO_0056798

2017 Chetco Bar Fire Timeline

contingency lines north and south of the Chetco River. Strategic firing operations will be utilized to reduce fuels along Forest Service Road 1917 between the Upper Chetco Trailhead and Vulcan Peak Trailhead. Fire growth between August 17 and August 21 significantly outpaced modeling predictions for a "Chetco Effect" wind. The fire was estimated at 8,500 acres with 65 personnel assigned.

**Aug. 18:** At 7:30 a.m., the IC recommended the Curry County Sheriff evacuate roads 1909 and 1917 south along Chetco River to Alfred Loeb State Park. Curry County activated its Emergency Operations Center (EOC) in Brookings. **Around 10:30 a.m., visibility was too poor for air tanker use, and Type 1 helicopters were requested for bucket work, although assets were limited due to smoke production. One heavy (Type I helicopter), on loan from the Miller Complex, dropped 30,000 gallons of water on the fire.**

At noon, a near miss occurred at Packers Cabin when an engine was cut off from its egress route by fire; all air resources responded. **At approximately 1:30 p.m., a VLAT borrowed from the Milli Fire jettisoned a load of retardant on the fire after responding to the near miss.** The engine and crew remained in the area overnight until the egress was cleared. **At approximately 3 p.m., a light helicopter was given permission to fly in the TFR and check SW are spot fires on private land.**

**Meanwhile, a medium Type 2 helicopter (Forest rappel ship) was diverted from the Chetco Bar Fire to help with the Ireland Lodge Fire in Gold Beach. The pilot dropped 10 buckets of water, had a bucket malfunction, returned to Merlin, picked up a crew and spare bucket and returned to the Ireland Lodge Fire. If the pilot had not diverted from the Chetco Bar fire to assist, it is likely that the lodge and a number of other commercial and residential buildings in Gold Beach would have been destroyed.**

**Federal, State and private resources worked to complete dozer and hand control lines and prep structures at Tolman Ranch, Packers Cabin and Quail Peak Lookout.** The forest ordered the type 2 IMT that was finishing up on Shan Creek to be reassigned to Chetco Bar to support the NIMO team.

At 3:30 p.m., a Level 3 Evacuation order was issued for Gardiner Ridge Road, Loeb State Park, Cate Road and the Wilson Creek area and three bars along the Chetco River-Miller, Nook and Redwood. Three structures were burned at Tolman Ranch. A Red Cross shelter was set up at Brookings-Harbor High School for displaced residents. Members of the NIMO team worked collaboratively with law enforcement to implement evacuations utilizing the Emergency Operations Center.

The fire was estimated at 22,042 acres at 4 PM with 65 personnel assigned.

A community meeting was held in Brookings at Azalea Middle School between 3 and 4 p.m.

**Aug. 19:** Unified command was initiated between NIMO/Rocky Mt. Team Black and CFPA /ODF. A Conflagration Act Declaration request was submitted to the Governor, which was approved later in the day. By noon, the teams recommended Level 2 evacuations for Gardner Ridge Road, which turned to a Level 3 Evacuation at 6 p.m. **An area closure went into effect for the Kalmiopsis Wilderness.**

**Opportunities for indirect fireline were scouted in the Panda Ridge and Snake Tooth Butte areas, and along Forest Service Road 808 and 1407 to the north. OSFM identified and triaged structures along Forest System road 1376 and the 808 corridor. Dozers from CFPA and South Coast Lumber worked to tie in protection lines along the road system on private/BLM lands as the fire spread from National Forest System lands.**

US_CHETCO_0056799

2017 Chetco Bar Fire Timeline

Firefighters began burnout operations north and west of Wilderness Retreat to protect structures. Their efforts redirected fire spread to the east and south, allowing resources to begin structure protection and firing operations around Wilderness Retreat and the Chetco River Inn. **Night operations crews patrolled wilderness retreat and the South Fork Chetco River Campgrounds.**

Six primary residences and 18 minor structures burned on Gardner Ridge and Cate Road. The fire was estimated at 48,825 acres at 11 PM with 280 personnel assigned.

**Aug. 20: The Oregon State Fire Marshall was activated under the Conflagration Act on August 20, 2017 at 1200 hours.  The Conflagration Act was developed in 1940 as a civil defense measure and can be invoked only by the Governor. The act allows the State Fire Marshal to mobilize firefighters and equipment from around the state.  The Conflagration Act is only used for fires that involve or threaten life and structures. Task Forces initially mobilized were from Yamhill, Lane, Lincoln, Rogue, Multnomah, Polk, Washington, Clackamas and Marion Counties.  An additional task force was created utilizing resources from Forest Grove, Canby, Tualatin Valley Fire & Rescue, and Eugene/Springfield Fire Departments.**

**Additional resources from Cal Fire, California Office of Emergency Services and Washington State were also mobilized to assist with structure protection.**

Oregon State Fire Marshal's Office (OSFM) resources were added to the unified command, which was now between NIMO/RM Team Black/CFPA/OSFM. **OSFM had responded with 4 task forces of structure protection, which included 127 personnel on equipment in addition to 26 personnel on the Incident Management Team. Actions taken included deploying OSFM assets to structures most at risk from fire spread. Multiple evacuation notices were issued for Carpenterville Road where it meets Hwy 101 north to Pistol River east to the fire area, affecting over 3000 people. Smoke from the incident is impacting nearby communities. Incident ICP is operating out of Curry County Fairgounds.**

Operations formalized plans for an aggressive attack to occur when the weather moderated. Under continuing Chetco Effect winds, the fire had grown to an estimated 91,551 acres at 11 p.m. with 362 personnel assigned.

**Aug. 21: The Chetco Bar Fire experienced rapid growth during National Preparedness Level 5 which contributed to delays getting resources. This was anticipated and was overcome by using previously established lend/lease procedures with nearby incidents.**

The teams held an informal meeting at the Red Cross Evacuation Shelter at Riley Creek Elementary School, and a meeting at 6 p.m. at Azalea Middle School in Brookings. Approximately 1,000 people attended. **Temporary shelters were established at Riley Elementary School in Gold Beach and the Tolowa Dee Ni Nation.  Increased traffic along Hwy 101 expected for the eclipse.**

The Agency Administrator ordered a National Type 1 IMT to manage the Chetco Bar Fire. National Guard resources were supporting the incident by providing 24/7 security at road closures.

**OSFM structure prep and triage began in the Carpenterville Road area/ CFPA and private timber industry resources including land owners, as well as resources assigned to the NIMO & RM Team Black engaged in direct and indirect line construction on the far western flank of the incident.**

8

US_CHETCO_0056800

2017 Chetco Bar Fire Timeline

The weather conditions finally moderated and allowed for operational resources to initiate direct and indirect line construction on the west and south sides of the fire. The fire was 97,758 acres with 788 resources assigned.

**Aug. 22:** The incident meteorologist warned of the potential for the Chetco Effect to return over the fire area on Aug. 26. The fire was 99,944 acres at 10:15 PM with 1,078 personnel assigned.

**Aug. 23:** PNW Team 3 (Type 1 IMT) was in briefed at 2 p.m. A new ICP was set up at Shopping Center Avenue in Brookings. The unified command teams held a public meeting in Gold Beach at the Curry County Fairgrounds. The fire was 102,333 acres with 1,174 personnel assigned. Approximately 251 personnel and 75 pieces of equipment are assigned through OSFM.

**Aug. 24:** The ICs and Sheriff discussed lowering evacuation levels to Level 2 for the southern end of Carpenterville Road, however the Sheriff opted to keep the Level 3 in place until the forecast weather event had passed. The ICs, Sheriff and Oregon State Police conducted a tabletop exercise to work through a potential evacuation of areas north of Brookings and Brookings proper.

At 5 p.m. a Level 1 evacuation notice went into effect for Brookings. Eight heavy (Large air tankers or LATs), one SEAT and one Very Large Air Tanker (VLAT) dropped a total of 46,892 gallons of retardant on the fire. **Approximately 125 Oregon National Guard members were activated to support the Chetco Bar Fire. The Red Cross has set up a shelter for evacuees at Riley Creek Elementary School in Gold Beach and there is a temporary shelter at the Tolowa Tribe Reservation at Smith River in Northern California. Several thousand acres of protected private timber land has been affected. .** The fire was 104,144 acres at 11:20 PM with 1,398 personnel assigned.

**Aug. 25:** Oregon Governor Kate Brown received an operational briefing and conducted a news conference in Brookings. The forecasted Chetco Effect wind event did not occur. **Good progress made with the private portion (15,000 acres) of the fire with lines established; approximately 80% of the private portion has a trail completed around it. A Red Flag Warning is in effect for gusty NE winds and low humidity through Saturday. With the first clean air day since the fire blew up on August 18, an air assault with retardant and helicopters is planned. Two Army National Guard CH-47 Chinook helicopters have been redeployed from the Whitewater Fire in the Cascades to the Chetco Bar Fire, bringing to six the number of helicopters working on the fire.** The fire was mapped at 105,518 acres with 1,612 personnel assigned. PNW Team 3 shadowed the teams and assumed command at 0600 on Aug. 26.

**Aug 26: Transfer of Command to Pacific Northwest Team 3 (Livingston) in cooperation with a Unified Command that includes Coos Forest Protective Association, Oregon Department of Forestry and Oregon State Fire Marshal.**

**Aug 27: To date, 20,000 acres of private, State and BLM land has been affected by the fire.**

**Aug 30: One heavy (LAT) dropped 14,849 gallons of retardant on the fire. The fire is pushing northwest towards private land in Pistol River. As State and CFPA resources continue to be tapped, a number of private contractors are being recruited to assist, including South Coast Lumber. A number of rural fire departments have organized to assist with a task force to deploy as needed. Weather predictions for the weekend are continued hot and dry.**

**Sept 2: OSFM Task Forces from Clatsop, Lincoln, Lane, Linn and Coos Counties were mobilized to relieve initial crews.**

9

US_CHETCO_0056801

2017 Chetco Bar Fire Timeline

**Sept 3:** High temperatures and critically low humidity contributed to the increase in fire behavior. On the eastern flank, a significant smoke column developed to a height of 23,000 feet. Shifting winds improved visibility, allowing aircraft to support ground operations with water drops on portions of the fires. Over 500 people attended a community fire briefing in Cave Junction as the fire moves eastward.

**Sept 4:** An excessive heat warning remains in effect through today with temperatures above 100 degrees, creating critical burning conditions. Hot and dry weather, record high ERCs and long range spotting pushed the fire to private industrial and BLM ground in several locations. Level 1 evacuation order issued for residents of Illinois Valley.  Level 3 "GO" evacuation order issued for Illinois River Road within US Forest Service boundaries, including Oak Flat. Forest Closure area expanded due to fire growth on the eastern flank.

**Sept 5:** The weather is improving with Rh levels above 30%, the first time in seven days.  Winds are SW, causing the fire to continue to push to the east. Firefighters are making progress in the upper Pistol River area on the north flank of the fire and utilizing an old Biscuit Fire line to snow Camp. To the south, the fire progressed toward private property over the top of Mount Emily.

**Sept 7:** OSFM have mobilized a total of 87 engine and 18 water tenders and 397 personnel to the Chetco Bar Fire.  Number of homes assessed to date by OSFM: 1239 with 588 structures prepped and 174 sprinklers installed.  In the aftermath of the fire, 6 homes were destroyed and 1 home damaged with 20 structures destroyed and 8 damaged.


**OSFM Quick Facts:**

Fire Agencies represented by OSFM (103: 67 from OR, 17 from WA and 19 from CA)

Homes Threatened:  8,523 homes  Non-residential commercial property threatened: 3,713

Homes Destroyed:  6   Homes Damaged:  1

Structures Destroyed: 20   Structures Damaged: 8

Civilians Evacuated: 5,092

Number of homes assessed: by OSFM: 1239

Number of homes prepped partial to full: 588

Number of sprinkler systems installed: 174

Completed Dozer Line:  62.5 miles

Completed line: 27 miles

Thanks to All Cooperators:

US Forest Service, Oregon Department of Forestry, Coos Forest Protective Association, Oregon State Fire Marshall, Bureau of Land Management, American Red Cross, Curry County, City of Brookings, Brookings Fire & Rescue, Brookings PD, Harbor Rural Fire Protection Department, Oregon National Guard and many other organizations providing support but too numerous to list.

US_CHETCO_0056802

2017 Chetco Bar Fire Timeline

11

US_CHETCO_0056803