**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| CHETCO RESOURCES, LLC, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Case Nos. 22-1568; 22-1569 |
| | ) (consolidated) |
| v. | ) |
| | ) Senior Judge Loren A. Smith |
| THE UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**JOINT STATUS REPORT**

The Parties have met and conferred and report that they have been unable to reach a settlement in this matter at this time. The Parties respectfully request the Court to vacate the July 16, 2026 status conference and to enter a decision on Defendants' pending motion for summary judgment (ECF No. 40).

Dated: July 14, 2026.

/s/ *Quentin M. Rhoades (with permission)*
Quentin M. Rhoades
RHOADES & ERICKSON PLLC
430 Ryman Street
Missoula, Montana 59802
Phone: (406) 721-9700
email: qmr@montanalawyer.com

*Counsel of Record for Plaintiffs*

ADAM R.F. GUSTAFSON
Principal Deput Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

/s/ *John P. Tustin*

SAMUEL R. VICE
Trial Attorney
JOHN P. TUSTIN (TX Bar No. 24056458)
Senior Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 353-5540        (Vice)
        (202) 598-3543        (Tustin)
email: samuel.vice@usdoj.gov
email: john.tustin@usdoj.gov

*Counsel of Record for the United States*

2